UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDMOND SPENCER (#253212)

VERSUS

MATTHEW STOKES, ET AL.

CIVIL ACTION

NO. 10-50-JJB-DLD

## ORDER OF DISMISSAL

For the written reasons assigned and filed herein:

IT IS ORDERED the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and without prejudice to any state law claim.

Baton Rouge, Louisiana, this 18th day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA